FILED
2008 JUN 26 PM 3:35
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

Debra Rodriguez (California Bar # 165458)
K. Freeman Lee (New York Bar # 4539938)
K. Freeman & Rodriguez Immigration Law Group
7710 Balboa Ave., Suite 313
San Diego, Ca 92111
(858) 560-8448
(858) 560-8217
Email: debra@debrarodriguez.com

Attorneys for Petitioners

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1148 JAH JMA

| | |
|---|---|
| **Petitioners, BOK SIL PAE and SHIN CHEE PAE** | **CASE NO.:** _______ |
| v | PETITION FOR NATURALIZATION PURSUANT TO 8 U.S.C. § 1447(b) |
| **PAUL PIERRE, in his official capacity, District Director, U.S. Department of Homeland Security, Citizenship and Immigration Services, San Diego, California; MICHAEL CHERTOFF, in his official Capacity, Secretary, United States Department of Homeland Security; and MICHAEL MUKASEY, in his official Capacity, Attorney General, United States Department of Justice** | Immigration Case |
| Respondents | **U.S.C.I.S. Agency A# 041 512 754**<br>**A# 041 512 753** |

---

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction over this action pursuant to 8 U.S.C. § 1447(b), which provides that a United States District Court may hold a hearing on a naturalization application when the Department of Homeland Security ("DHS") has failed to determine the matter within 120 days of the date on which the naturalization examination was conducted.

2. Venue is properly with this Court pursuant to 28 U.S.C. § 1391(e) because this is a civil action in which the Respondents are employees or officers of the United States, acting in their official capacity; because a substantial part of the events or omissions giving rise to the claim occurred in San Diego, California, in the Southern District of California; and because the named Petitioners reside in the Southern District of California and there is no real property involved in this action. See also 8 U.S.C. § 1447(b) (venue proper in "district court for the district in which the applicant resides").

**INTRODUCTION**

3. Petitioners, SHIN CHEE PAE and BOK SIL PAE, husband and wife ("Petitioners"), file this Petition for Naturalization pursuant to 8 U.S.C. § 1447(b), Immigration and Nationality Act ("INA") § 336(b), seeking a hearing on their application for naturalization and an order granting their naturalization. They are filing one petition because their cases are similarly situated.

4. Petitioners file this petition because the office of the United States Citizenship and Immigration Services ("CIS") of the United States Department of Homeland Security ("DHS") in San Diego, California, have failed to make a determination regarding the Petitioners' application for naturalization for over 120 days since their naturalization examination was conducted. See 8 U.S.C. § 1447(b).

5. Petitioner (SHIN CHEE PAE) is a citizen and national of Republic of Korea and has been a lawful permanent resident of the United States since June 14, 1988. Mr. Pae filed his application for naturalization on August 4, 2005, almost three years ago. His naturalization interview was held with INS Officer Perez in Garden City, New York on April 11, 2006. The interviewer informed him that he had passed his required tests for citizenship but that CIS still needed to complete its background check.

6. Petitioner (BOK SIL PAE) is a citizen and national of Republic of Korea and has been a lawful permanent resident of the United States since June 14, 1988. Mrs. Pae filed her application for naturalization on August 4, 2005, almost three years ago. Her naturalization interview was held with J. Gonzales-Lara in Garden City, New York on March 02, 2006. The interviewer informed her that she had passed her required tests for citizenship but that CIS still needed to complete its background check.

7. It has been well over two years since the Petitioners were informed that the only remaining issue in their case was a background check, and that they otherwise qualified for naturalization. Their applications remain pending.

8. Petitioners meets all statutory requirements for naturalization. See 8 U.S.C. § 1427(a); INA § 316(a). They have continuously resided as lawful permanent residents in the United States for over five years, and have been physically present in the United States for at least 30 of these 60 months. See 8 U.S.C. §§ 1427(a)(1), (a)(2). Petitioners have also been persons of good moral character for over five years. See 8 U.S.C. § 1427(a)(3); 8 C.F.R. § 316.10. Thus, a grant of naturalization is warranted. Petitioners therefore ask that this Court hold a hearing on their application for naturalization, order that their application for naturalization be granted, and administer the oath of United States citizenship.

## PARTIES

8. Petitioners Shin Chee Pae and Bok Sil Pae are citizens and nationals of Republic of Korea and are lawful permanent residents of the United States. Petitioners reside in Oceanside, California, which is within the jurisdiction of this court.

9. Respondent Paul Pierre is sued in his official capacity as the District Director of U.S. Citizenship and Immigration Services, San Diego, CA. He is responsible for applications for naturalization submitted within the San Diego District office of CIS.

10. Respondent Michael CHERTOFF is sued in his official capacity as the Secretary of the DHS. In this capacity, he has responsibility for the administration and enforcement of the immigration and naturalization laws pursuant to section 402 of the Homeland Security Act of 2002, 107 Pub. L. No. 296, 116 Stat. 2135 (Nov. 25, 2002).

11. Respondent Michael Mukasey is sued in his official capacity as the Attorney General of the Department of Justice and the head of the Federal Bureau of Investigations. In this capacity, he has responsibility for providing access to criminal history record information pursuant to 8 U.S.C. §§ 1105(b), § 1103(g).

## FACTS

12. Petitioners are citizens and nationals of the Republic of Korea. They have been lawful permanent residents of the United States since June 14, 1988 and have resided continuously in the United States since that time. See **Exhibit A** (legal permanent resident cards)

13. Petitioners currently reside in Oceanside, California.

14. Petitioners' applications for naturalization (Form N-400) were received on August 4, 2005. **See Exhibit B (Notice of Action).**

15. Petitioner BOK SIL PAE, appeared for her naturalization interview in Garden City, New York on March 2, 2006. See **Exhibit C** (Interview notice). At the conclusion of the interview, the officer informed her that she had passed the required tests for citizenship and that no further action was required on her part, but that the decision could not yet be made on her application until a background check was completed.

16. Petitioners have submitted multiple inquires to USCIS, requesting updates regarding the status of the naturalization application and have received answers that the case is still pending.

17. On September 10, 2007, Mr. Pae received an unsigned letter from the San Diego Office of USCIS stating:

"The status of this service request is: Recently, you called us to update your address. We have updated your address in our systems and on your application or petition. Thank you for notifying us of your change of address. USCIS requested the file transfer from Washington to your new jurisdiction in San Diego, California. If you have any further questions, please call the National Customer Service Center at 1-800-375-5283". See **Exhibit D** (USCIS letter dated Sep. 13, 2007)

18. Petitioners contacted their Senate Representative, Senator Charles E. Schumer to inquire about their naturalization. They received the following response on December 8, 2006:

"The applicant's file was reviewed on 12-05-06. The applicant's related file is located at another service center. The service center was contacted to request the file. Upon receipt of this file to the Garden City office, the case will be adjudicated accordingly." See **Exhibit F** (Department of Homeland Security memo)

19. Well over 120 days have elapsed since Petitioners' naturalization interviews in 2006. Their applications for naturalization have not yet been adjudicated.

## CAUSE OF ACTION

## COUNT ONE

## (FAILURE TO RENDER DECISION ON NATURALIZATION WITHIN 120 DAYS OF INTERVIEW)

20. The allegations contained in paragraphs 1 through 19 are repeated and re-alleged as though fully set forth herein.

21. Respondents have failed to adjudicate Petitioners' applications for naturalization within 120 days of Petitioners' naturalization examinations. Pursuant to 8 U.S.C. § 1447(b), INA § 336(b), the United States District Court for the district in which Petitioners reside "has jurisdiction over the matter and may either determine or remand the matter, with appropriate instructions, to the Service to determine the matter" if no action is taken on a naturalization application within 120 days of completion of the examination. Petitioners had their naturalization interview on April 11, 2006 and March 2, 2006 respectively. Petitioners also meets all statutory requirements for naturalization pursuant to 8 U.S.C. § 1427(a), INA § 316(a). Therefore, this Court has the authority to hold a hearing, adjudicate and grant Petitioners' naturalization applications.

## PRAYER FOR RELIEF

WHEREFORE, Petitioners pray that this Court grant the following relief:

(1) Assume jurisdiction over this matter;

(2) Provide a de novo hearing on Petitioners' application for naturalization and grant their naturalization;

(3) Award reasonable costs and attorneys' fees; and

(4) Grant such further relief as the Court deems just and proper.

Dated June 25, 2008

Respectfully submitted,

Attorneys for Petitioners

Debra Rodriguez (Calif. Bar # 165458)
K. Freeman Lee (New York Bar # 4539938)
K. Freeman & Rodriguez
Immigration Law Group
7710 Balboa Ave., Suite 313
San Diego, CA 92111
(858) 560-8448
(858) 560-8217

# Exhibit A




**ALIEN REGISTRATION RECEIPT CARD**

PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

| | | | | |
|---|---|---|---|---|
| 41512753 11 55 | 445 | 252 | 05422 | |
| A NUMBER [illegible] | [illegible] | [illegible] | PARITY 1 | |
| 6437 | 19410 | 41608 | 00844 | 40126 |
| PRO | [illegible] | [illegible] | [illegible] | PARITY 2 |
| 061488 | 252 | 139 | 16000 | 2334032 |
| ADM/ADJ DATE | COB | [illegible] | [illegible] | PARITY 3 |

FORM I-551 JAN. 77

**RESIDENT ALIEN**

U.S. Department of Justice - Immigration and Naturalization Service

PAE, BOK SIL



012050

NYC P62

배 목 실.

ALIEN REGISTRATION RECEIPT CARD

PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S

| | | | | | |
|---|---|---|---|---|---|
| 41512754 | 11 | 56 | 055 | 452 | 06073 |
| A NUMBER | | CR | | | PARITY |
| 4377 | 19401 | 41720 | 40850 | 58217 | |
| FCO | IDW | IDW 2 | IDW 3 | PARITY 2 | |
| 061488 | 254 | 139 | 16000 | 0744464 | |
| ADM/ADJ DATE | POE | ISS CODE | BOUNDER | PARITY | |

FORM I-551 JAN 77

# Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | NOTICE DATE<br>August 19, 2005 |
| CASE TYPE<br>N400 Application For Naturalization | INS A#:<br>A 041 512 754 |
| APPLICATION NUMBER ESC*001467738 / RECEIVED DATE August 04, 2005 / PRIORITY DATE August 04, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

BOK SIL PAE I
2363 GRAND AVENUE #5B1
BALDWIN NY 11510

144

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
INS HEMPSTEAD
100 MAIN ST.
SUITE B
HEMPSTEAD NY 11550

**DATE AND TIME OF APPOINTMENT**
09/06/2005
01:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☒ Wednesday afternoon ☐ Saturday afternoon

SEP 06 2005

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS HEMPSTEAD
100 MAIN ST.
SUITE B
HEMPSTEAD NY 11550

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
ESC*001467738

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

# Exhibit C

U.S. Department of Justice
Immigration and Naturalization Service

**Naturalization Interview Results**

A#041-512-754

On Thursday, March 02, 2006, you were interviewed by INS Officer J.Gonzales-Lara.

☐ You passed the tests of English and U.S. history and government.

☒ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to ___ speak/___ read ___ /write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☒ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your ☐ English ability / ☐ knowledge of U.S. History and Government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A.) ☑ Congratulations! Your application has been recommended for approval. At the time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B.) ☐ A decision cannot yet be made about your application.

**It is very important that you:**

- ✔ Notify INS if you change your address.
- ✔ Come to any scheduled interview.
- ✔ Submit all requested documents.
- ✔ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✔ Go to any oath ceremony that you are scheduled to attend.
- ✔ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

☐ Wait for the Letter: Time: ___

☑ Do not wait for the Letter
You will be notified by mail. Time: 954 AM

# Exhibit D

**U.S. Department of Homeland Security**
USCIS
880 Front Street, Room 1234
San Diego,CA 92101-8834

**U.S. Citizenship and Immigration Services**

Thursday, September 13, 2007

SHIN PAE
4238 VISTA PANARAMA WAY, APT 214
OCEANSIDE CA 92057

Dear Shin Pae:

On 09/10/2007 you, or the designated representative shown below, contacted us about your case. Some of thc kcy information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 08/04/2005 |
| **Receipt #:** | ESC*001467739 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A041512753 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Recently, you called us to update your address. We have updated your address in our systems and on your application or petition. Thank you for notifying us of your change of address.

USCIS has requested the file transfer from Washington to your new jurisdiction in San Diego, California.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**U.S. Department of Homeland Security**
USCIS
880 Front Street, Room 1234
San Diego,CA 92101-8834

**U.S. Citizenship and Immigration Services**

Wednesday, March 19, 2008

BOK PAE
4238 VISTA PANARAMA WAY, APT 214
OCEANSIDE CA 92057

Dear Bok Pae:

On 03/18/2008 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 08/04/2005 |
| **Receipt #:** | ESC*001467738 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A041512752 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# Exhibit E

# Congressional Unit

## GIVE THIS YOUR IMMEDIATE ATTENTION !

File No: 41512754
Date : 11/29/2006
Ctrl : **07-1639**

In Re: **PAE, FAMILY OF TWO**

Information requested by : **SCHUMER, CHARLES E.**
**757 THIRD AVENUE SUITE 17-02 NEW YORK, NY 10017**

[ ] Attorney [ ] Congressional [ ] Consulate [ ] Other

Inquiry: [ ] Telephone [ ] By Letter [ ] Appeared in person

To: **GCT**

Information requested: FOR REVIEW AND RESPONSE. DUE BY **12/29/2006**

MEMBERS: BOK SIL & SHIN CHEE (A41 512 75_). STATUS OF N-400.

Information furnished:

APPLICANT'S FILE WAS REVIEWED ON 12/05/06. THE APPLICANT'S RELATED FILE IS LOCATED AT ANOTHER SERVICE CENTER. THE SERVICE CENTER WAS CONTACTED TO REQUEST THE FILE. UPON RECEIPT OF THIS FILE TO THE GARDEN CITY OFFICE, THE CASE WILL BE ADJUDICATED ACCORDINGLY.

Controls Cleared
Congressional Liaison Unit
date 12/8/06 PC

Approved by: ______________
(Signature of Supervisor)

______________
(Signature of Officer or Employee)

Location: ______________

12/08/2006 9:23AM (GMT-05:00)

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
SHIN CHEE PAE and BOK SIL PAE

(b) County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
K. Freeman and Rodriguez Immigration Law Group
7710 Balboa Ave. Suite 313, San Diego, CA 92111 858-560-8449

**DEFENDANTS**
Department of Homeland Security Immigration and Citizenship Services, PAUL PIERRE et. al.

FILED
2008 JUN 26 PM 3:33
CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY YNH DEPUTY

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
'08 CV 1148 JAH JMA

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☒ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
8 U.S.C. § 1447(b)
Brief description of cause:
Mandamus for petition of Naturalization

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE 06/26/2008
SIGNATURE OF ATTORNEY OF RECORD Debra Rodriguez

FOR OFFICE USE ONLY

RECEIPT # 152341 AMOUNT $350 APPLYING IFP JUDGE MAG. JUDGE

TAC 6/26/08

CR

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 152341 - TC

June 26, 2008
15:39:35

Civ Fil Non-Pris
USAO #.: 08CV1148
Judge..: JOHN A HOUSTON
Amount.: $350.00 CK
Check#.: BC6055

Total-> $350.00

FROM: SHIN CHEE PAE & BOK SIL PAE
VS
DEPT OF HOMELAND SECURITY